# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| KATHA D. GREEN, | & |
| Plaintiff, | & |
| | & |
| vs. | & CASE NO.: _____ |
| | & |
| FOREST MANOR, INC. and | & |
| JOHN DOE 1-10 (as Defendants | & |
| unknown at present and will be | & |
| added by amendment, if and when | & |
| ascertained) | & |
| Defendant, | & |
| | & |

## COMPLAINT

COMES NOW the Plaintiff and files this original complaint to restate certain facts as follows:

### JURISDICTION OF THE U.S. DISTRICT COURT

Plaintiff brings claims of federal questions pursuant to 28 U.S.C. §§ 331(4), 2201 and 2202, the Act of Congress known as the Civil Rights Act of 1964, as amended by the Civil Rights Act of 1991, 42 U.S.C. §2000e et seq., and 42 U.S.C.

§1981. The jurisdiction of this Court is invoked to secure protection of and redress deprivation of rights secured by 42 U.S.C. §2000e et seq., and 42 U.S.C. §1981, and providing for injunctive and other relief against race discrimination and harassment in employment and the employment workplace

## STATEMENT OF FACTS

1. Plaintiff, as an African American employee of Aspire Physical Recovery sustained disparate treatment from the management through the constant harassment and ridiculing after being injured on the job and bringing a valid workers' compensation claim.

2. Plaintiff was a victim of unequal/disproportionate work allotment. In short, Plaintiff was harassed and ridiculed and ultimately retaliated against for being injured on the job, where no Caucasian worker received such treatment while being injured on the job.

3. Plaintiff was subjected to being embarrassed, harassed and ridiculed through constant write-ups of job of job performance, even though Plaintiff had given noticed of her injuries to Defendant and its employees and Plaintiff had, in fact, suffered a debilitating injury which later required surgery.

4. Plaintiff was overlooked for light-duty work and ultimately wrongfully terminated based upon an inability to perform work while suffering an on-the-job

## PARTIES

5. Plaintiff, Katha D. Green, is an African American female citizen of the

United States and resident of the State of Alabama, whose resident location at the time of the discrimination and filing of the EEOC charge was 440 8th Avenue, N.E., Tuscaloosa, AL 35404. The Plaintiff was employed by the Defendant at its, Northport, Tuscaloosa County, Alabama location as a laborer and was as such during the length of the discrimination, retaliation, wrongful termination, hostile work and environment. Defendant, Forest Manor, Inc, L.L.C., hereinafter "Forest", is an entity doing business in the State of Alabama, more specifically, Tuscaloosa County, Alabama and is an entity subject to suit under 42 U.S.C. §2000e et seq., 42 U.S.C. 1981, 28 U.S.C. §§ 1331(4), 2201 and 2202.

6. The Defendant employs at least fifteen (15) persons. The Defendant is an entity, which performs various duties of elderly care, elderly physical therapy and elderly physical rehabilitation through employees and sub units throughout the State of Alabama and more specifically, Tuscaloosa County, Alabama.

## CAUSE OF ACTION - ONE
## EMPLOYMENT DISCRIMINATION

7. Plaintiff avers and reaffirms paragraphs 1-6 and adds that by making Plaintiff embarrassed and working under conditions of injury that were not allotted as to other certain races, Plaintiff was treated different and discriminated against.

## CAUSE OF ACTION – TWO
## HARASSMMENT

8. Plaintiff avers and reaffirms paragraphs 1-7 and adds that by constantly picking on and finding every little problem that was unfounded, the Defendant and its employees harassed Plaintiff in his employment with Defendant.

## CAUSE OF ACTION – THREE

## HOSTILE WORKPLACE AND ENVIRONMENT

9. Plaintiff avers and reaffirms paragraphs 1-8 and adds that the harassment and discrimination by Defendant and Defendant's employees, made the workplace and environment intolerable and hostile.

## CAUSE OF ACTION – FOUR

## CONSTRUCTIVE TERMINATION

10. Plaintiff avers and reaffirms paragraphs 1- 9 and adds that Plaintiff felt she was not welcome at the job, workplace or environment of the Defendant and consider herself already terminated based upon the treatment and harassment received by the Defendant and Defendant's employees.

## CAUSE OF ACTION – FIVE

## WRONGFUL TERMINATION

11. Plaintiff avers and reaffirms paragraphs 1-10 and adds that all actions related to her termination were either not true or exaggerated to the point of being not true and that her termination was not lawful according to company policy and the treatment of her compared to others at the company and therefore her termination was wrongful.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff respectfully prays this Court assume jurisdiction of this action and after trial:

12. Issue a declaratory judgment that the employment policies, practices,

procedures, conditions and customs of the Defendants are violative of the rights of the Plaintiff as secured by 42 U.S.C. §2000e et seq., and 42 U.S.C. §1981.

13. Grant Plaintiff a permanent injunction enjoining Defendant, Forest, its agents, successors, employees, attorneys and those acting in concert with the Defendant, Forest, and that the Defendant, Forest refrain from continuing to violate 42 U.S.C. §2000e et seq., and 42 U.S.C. §1981.

14. Enter an order requiring Defendant, Forest, to make the Plaintiff whole by awarding her the position (s) she would have occupied in the absence of the race discrimination, constructive discharge, wrongful termination, and harassment, back-pay (plus interest), front-pay, punitive and compensatory damages, and/or nominal damages, declaratory and injunctive relief, and benefits.

15. The Plaintiff further prays for such other relief and benefits as the cause of justice may require, including but not limited to, an award of costs, attorney fees and expenses.

## JURY DEMAND

Plaintiff demands trial by struck jury.

Dated this the **15th** day for **March, 2019**.

/S/ *Al Jones* (ASB2403R80J)

Al Jones

Attorney at Law

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing amendment has been served upon the Defendant through opposing counsel by ECF filing as allowed by the United States District Court of Alabama Western Division.

OF COUNSEL:

The Law Offices of Attorney Al Jones & Associates, P.C.

2626 7th Street

Tuscaloosa, AL 35401

Phone: (205) 345-0806

Email: Albiejonz@gmail.com